NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3061

RICKEY D. CARROW,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF VETERANS AFFAIRS,

Intervenor.

Petition for review of the Merit Systems Protection Board in case no. DC3443070780-M-1.

ON MOTION

ORDER

The Merit Systems Protection Board moves for a 28-day extension of time, until May 25, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 23 2010

JAN HORBALY
CLERK

FOR THE COURT

APR 23 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Geoffrey Eaton, Esq.
Calvin Morrow, Esq.
Scott T. Palmer, Esq.

s21